CITY OF JOHNSTOWN, Appellant, *v.* JOHN B. WELLS et al., Defendants, and MERTON J. LESSER et al., Respondents.

Argued October 5, 1937; decided October 19, 1937.

*Alfred D. Dennison* for appellant.

*Fayette E. Moyer* and *Sydney G. Rosenthal* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.